IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00361-BNB

BOB ALLEN CUSTARD,

     Plaintiff,

v.

BELTER,
G. BREAM,
BENJAMIN BRIESCHKE,
CHILDS,
MARK COLLINS,
CLAY COOK,
BLAKE DAVIS,
T. EISCHEN,
ANDREW FENLON,
FOSTER,
WILLIAM HAYGOOD,
J. JOHNSON,
D. KRIST,
R. KRIST,
LLOYD,
RICHARD MADISON,
TODD MANSPEAKER,
ANTHONY OSAGIE,
P. RANGEL,
STEVEN ROGERS,
ROSENBECK,
TENA SUDLOW, and
SZEMBORSKI,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Plaintiff's "Motion for Order Directing the Court's Clerk to Send to Pltf sic] Any
Documentation Pursuant to or to Please Notify Pltf [sic] that this Court Has in fact
Received Pltf's Ordered Amended Complaint & Pltf's [sic] Show Cause Brief" (Doc. No.

9) is GRANTED.  Plaintiff is instructed that the Court received the Amended Complaint and Response to the Order to Show Cause on March 9, 2012.

Dated:  April 19, 2012